**Jason Eric SONNTAG, Plaintiff–
Appellant,**

v.

**NEVADA COUNTY; et al.,
Defendants–Appellees.**

No. 11–17370.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 10, 2012.*

Filed Sept. 21, 2012.

Jason Eric Sonntag, Carson City, NV,
pro se.

Alison A. Barratt–Green, Scott A.
Mcleran, Deputy County Counsel, Nevada
City, CA, for Defendant–Appellee.

Before: WARDLAW, CLIFTON, and
N.R. SMITH, Circuit Judges.

MEMORANDUM ***

Jason Eric Sonntag, a former Nevada
state prisoner, appeals pro se from the
district court's judgment dismissing his 42
U.S.C. § 1983 action alleging constitutional
violations resulting from malicious prose-
cution and "false warrants." We have ju-
risdiction under 28 U.S.C. § 1291. We

review de novo. *Smithart v. Towery,* 79
F.3d 951, 952 (9th Cir.1996). We affirm.

The district court properly dismissed
Sonntag's action as *Heck*-barred because
Sonntag's allegations, if proven, would im-
ply the invalidity of his conviction which
has not been otherwise invalidated. *See
Heck v. Humphrey,* 512 U.S. 477, 486–87,
114 S.Ct. 2364, 129 L.Ed.2d 383 (1994)
("[I]n order to recover damages for alleg-
edly unconstitutional conviction ... a
§ 1983 plaintiff must prove that the con-
viction or sentence has been reversed on
direct appeal, expunged by executive or-
der, declared invalid by a state tribunal
authorized to make such determination, or
called into question by a federal court's
issuance of a writ of habeas corpus.").

Sonntag's request for appointment of
counsel, made in his reply brief, is denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36-3.